### PECK and Others *v.* BRAMAN and Others, in Error.

AN infant, after his guardian's death, has a right to compel a settlement of his accounts as if he were of age; the guardian's trust being personal, and terminating at his death.    Bac. Abr. tit. Guardian.

In the case of a guardianship until the ward is of full age, the general rule is, that the ward must be of age before he can require his guardian to account; yet, in chancery, a ward may, during his minority, call such a guardian to account, if any thing should occur which makes it necessary.    Ib.

The guardianship of minors, and the adjustment of their accounts, form a conspicuous branch of chancery jurisdiction. Ib.—2 Fonb. Eq. 225—251.—*Beaufort* v. *Berty*, 1 Peere Wms. 702.—1 Bl. Comm. 463.

The extension of the jurisdiction of Courts of law, in modern

times, to cases which were formerly subjects of equitable juris-
diction only, has not destroyed the jurisdiction of Courts of equi-
ty. *Kemp* v. *Pryor,* 7 Ves. 249.

When accounts are intricate and difficult, a bill in equity is
the more usual and suitable proceeding to compel an account;
being best calculated to do justice between the parties; since
the plaintiff can thereby obtain a discovery of books and pa-
pers, and have the benefit of the defendant's oath; who, on the
other hand, is entitled to all both legal and equitable allowan-
ces. Paley on Agency, 57.

The heirs of *A.,* some of whom were infants, and his repre-
sentatives, filed a bill in chancery against the heirs and repre-
sentatives of *B.* The bill stated that *B.,* the guardian of *A.'s*
heirs, having contracted to sell their land to *C.,* procured an or-
der of the Court in *Connecticut,* where the land was situated,
authorising its sale by *D.:* that *D.,* pursuant to the order, sold
and conveyed the land to *C.* for 1,500 dollars, which amount
had nearly all been received by *B.:* that bonds to the Court
were executed by *D.* and *E.,* conditioned that *B.* should vest
the purchase-money in other land for the heirs of *A.,* or lay it
out for their nurture, education, or advancement, and should
account to the Court when required, or to the heirs when they
should come of age: that *B.* having married the widow and
administratrix of *A.,* became possessed of the intestate's person-
al estate to a considerable amount: that *B.* afterwards remov-
ed from *Connecticut* to *Indiana,* purchased land here with the
money of *A.'s* heirs received as aforesaid, took the title in his
own name, and died without accounting to them, or leaving
personal property sufficient to pay their claim. The bill pray-
ed for a discovery, relief, &c.

*Held,* that a demurrer to the bill, on the ground of the com-
plainant's remedy being at law, could not be sustained; the
case being within the jurisdiction of a Court of chancery.